PATRICIA L. McCABE, CBN 156634
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
SHERRI M. SELLZ MCDEMAS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHERRI M. SELLZ MCDEMAS,<br><br>Plaintiff.<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security<br><br>Defendant. | Case No. CV-14-00954-PJW<br><br>[proposed] ORDER FOR AWARD OF ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Honorable Patrick J. Walsh |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of SIX THOUSAND and 00/100 DOLLARS ($6,000.00), pursuant to 28 U.S.C. § 2412(d), and, expenses and costs in the amount of ZERO and 00/100 DOLLARS ($00.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: 11/25/15

_____
Patrick J. Walsh
UNITED STATES MAGISTRATE JUDGE

[proposed] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)
Page 1